| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JUSTIN ANDERSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUSTIN ANDERSON,

Defendant.

Case No. 1:18-po-00428-SAB

**STIPULATION TO CONTINUE CONTESTED HEARING; ORDER**

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Justin Anderson, that the Court continue the contested hearing to February 27 at 10:30 a.m.

On February 8, 2019, Pretrial Services filed a petition alleging four violations of pretrial release. One allegation was that Mr. Anderson had produced a urine sample that tested positively for methamphetamines, but Mr. Anderson denied use. In response, the Court set the matter for a contested hearing on February 20, 2019. To prepare for the hearing, defense counsel may seek to have Mr. Anderson's sample retested by another lab, a process that may take a week or longer. Accordingly, the parties agree to continue the contested hearing to February 27, 2019 at 10:30, to give the parties adequate time to prepare.

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 15, 2019     */s/ Jeffrey Spivak*
Jeffrey Spivak
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 15, 2019     */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JUSTIN ANDERSON

# **O R D E R**

The Court accepts the above stipulation and adopts its terms as the order of this Court. Accordingly, the hearing set for February 20, 2019 at 10:30 a.m. is hereby continued to February 27, 2019 at 10:30 a.m. The Defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **February 15, 2019**

UNITED STATES MAGISTRATE JUDGE