| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN L. ANDERSON,<br><br>Defendant. | Case No. 1:18-po-00428-SAB<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

This matter was filed on December 21, 2018. (ECF Nos. 1, 2.) On May 30, 2019, Defendant filed a motion to dismiss this matter because on May 30, 2019, a Federal grand jury returned an indictment charging Justin L. Anderson with two felony violations for possession of stolen mail (in violation of Title 18, United States Code, Section 1708) and possession of a counterfeit U.S. Mail key (in violation of Title 18, United States Code, Section 1704), as well as the two misdemeanors charged in this case. See United States v. Justin L. Anderson, no. 1:19-CR-00115-LJO-SKO (E.D. Cal. May 30, 2019).

On June 4, 2019, June 7, 2019, a detention hearing was held before the undersigned in United States v. Justin L. Anderson, no. 1:19-CR-00115-LJO-SKO and the Court asked Defendant to address why this motion was necessary as the indictment merged these two cases and dismissal of this matter was not necessary. Defendant requested time to brief the issue. The Court granted Defendant's request and briefing on the issue was to be filed in this matter. There has been no briefing filed by Defendant.

1

The Court finds that this matter has been merged with <u>United States v. Justin L. Anderson</u>, no. 1:19-CR-00115-LJO-SKO (E.D. Cal. May 30, 2019) by the filing of the new case. Accordingly, IT IS HEREBY ORDERED that Defendant's motion to dismiss this matter is DENIED as UNNECESSARY.

IT IS SO ORDERED.

Dated: **June 14, 2019**

UNITED STATES MAGISTRATE JUDGE